| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | CRIMINAL ACTION NO. 4:98-CR-14 |
| § | |
| NATHANIEL HOWARD THOMAS (27) § | |

**MEMORANDUM ADOPTING IN PART THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the above-referenced criminal action, this Court having heretofore referred the request for the revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. Having received the report of the United States Magistrate Judge pursuant to its order, and the Defendant having appeared before the undersigned to allocute, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct as to revocation, and adopts same as the findings and conclusions of the Court. It is therefore,

**ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the Court. It is further

**ORDERED** that Defendant's supervised release is hereby **REVOKED**. It is further

**ORDERED** that Defendant is sentenced to a term of imprisonment of twelve months with sixty months of supervised release to follow. The sentence shall be served consecutively to any sentence of imprisonment the Defendant is currently serving. It is also recommended that Defendant be housed in the Bureau of Prisons, Forrest City Arkansas Unit.

SIGNED at Beaumont, Texas, this 3rd day of July, 2013.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE